CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 10-2795　　　DIV. "C"

WHO DAT YAT CHAT, LLC

VERSUS

WHO DAT ?, INC.

FILED: _____ DEPUTY CLERK: _____

## PETITION FOR DECLARATORY JUDGMENT

The petition of WHO DAT YAT CHAT, LLC, a licensed Louisiana limited liability corporation with its principal place of business in the Parish of Orleans, State of Louisiana through its President, Lisa Graves and its Treasurer Darleen Jacobs Levy, both full age residents of the Parish of Orleans, State of Louisiana and domiciled in this parish and state with respect represent:

1.

Made Defendant herein is WHO DAT ?, INC., a Louisiana corporation with its principal place of business located at 518 South Rampart Street, New Orleans, Louisiana.

2.

On or about May 16, 2007, the Secretary of State, Corporation Section of the State of Louisiana issued a Certificate of Good Standing to WHO DAT YAT CHAT, LLC and said limited liability corporation has been in existence since that date and active and current with all filings through the Secretary of State, Baton Rouge, Louisiana. Plaintiff also secured the trade name "WHO DAT YAT CHAT, LLC" on May 17, 2007 which is recorded in Book 59-630 with the Secretary of State, State of Louisiana.

3.

On or about March 11, 2010 plaintiffs received notice that WHO DAT ?, INC. was the owner of United States Federal Trade Mark Registration No. 2890070 in the Louisiana Secretary of State marked recorded at Book No. 46-5035 and was the sole owner of the phrase "Who Dat" and all derivations thereof.

4.

Plaintiff intends to open up a coffee shop in Violet, Louisiana which has been named "WHO DAT YAT CHAT".

5.

Said coffee shop does not use the Saints Logo, a Fleur de Lis, nor does it refer in anyway to the Saints football team.

6.

Plaintiff maintains that the term "Who Dat", is a generic term and cannot be owned by anyone; plaintiff's Treasurer, Darleen Jacobs Levy has used the term "Who Dat" since she was 8 years of age and said phrase is common to most persons who were born and raised in the Lower Ninth Ward, Darleen Jacobs Levy's domicile, for many of her grade school years.

7.

Plaintiff maintains that there are several third party claims/usage of the wording "Who Dat", both in common law and on the U. S. PTO Registry; in addition, at various times at the U. S. PTO, NFL Properties, LLC has claimed rights to "Who Dat". Further, according to recent new articles the NFL has sought to restrict third party users of "Who Dat" when the wording is coupled with the Saints colors or other insignia.

8.

At present, it is unclear who has superior rights (and to what extent) to the use of the phrase "Who Dat" or whether anyone has superior rights because "Who Dat" is a term commonly used in the New Orleans Metropolitan Area.

9.

Plaintiff maintains that such phrase is generic and that it has the right to use the phrase "WHO DAT YAT CHAT" in connection with the naming of its coffee shop which is expected to open in 2011 in Violet, Louisiana.

WHEREFORE, plaintiff prays that a copy of this petition be served upon WHO DAT?, INC., through their proper agent; that they be duly cited to appear and answer same and that after all legal delays and due proceedings had, this Court grant a declaratory judgment that no one owns the phrase "Who Dat" and that plaintiff is allowed to use the phrase "WHO DAT YA"

CHAT" in connection with the naming of its coffee shop which is located in Violet, Louisiana.

Respectfully submitted,

_____
DARLEEN M. JACOBS, ESQ. (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiffs

PLEASE SERVE DEFENDANT

WHO DAT ?, INC.
Through their agent for service of process
Joseph C. Monistere
18066 Woodscale Road
Hammond, LA 70401

SAL MONISTERE
Through the Louisiana Long Arm Statute
8715 Windy Mist
San Antonio, TX 78254

ATTORNEY'S NAME: Jacobs, Darleen  07208
AND ADDRESS:    823 Saint Louis St
                New Orleans    LA 70112-3413

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 02795    2                           SECTION: 10 -- C

WHO DAT YAT CHAT, LLC VERSUS WHO DAT?, INC.

## CITATION

TO: SAL MONISTERE
THROUGH: THE LOUISIANA LONG ARM STATUTE
8715 WINDY MIST

SAN ANTONIO                         TX    78254

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DECLARATORY JUDGMENT

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

**COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA __ March 25, 2010__.

Clerk's Office, Room 402, Civil Courts Building,        DALE N. ATKINS, Clerk of
421 Loyola Avenue                                       The Civil District Court
New Orleans, LA                                         for the Parish of Orleans
                                                        State of LA
                                                        by _____
                                                              Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ _____ served a copy of the w/i petition FOR DECLARATORY JUDGMENT | On this ____ day of _____ _____ served a copy of the w/i petition FOR DECLARATORY JUDGMENT |
| On SAL MONISTERE | On SAL MONISTERE |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ____ SAL MONISTERE |
| Returned same day  No. Deputy Sheriff of ____ Mileage: $ ____ | |
| ____ / ENTERED / ____ PAPER        RETURN ____ / ____ SERIAL NO.   DEPUTY   PARISH | being absent from the domicile at time of said service. Returned same day  No. Deputy Sheriff of ____ |

Case 3:10-cv-00377-JJB-CN   Document 1-1   05/04/10   Page 4 of 5

DARLEEN M. JACOBS, J.D., LL.M(IN ADMIRALTY)\*,†,\*\*
AL SARRAT, J.D.
RENÉ LOVELACE, J.D.

\*A PROFESSIONAL CORPORATION
†CERTIFIED AS SPECIALIST
IN CIVIL TRIAL ADVOCACY
\*\*ALSO ADMITTED IN NEW YORK

LISA A. GRAVES
SHEILA HUDSPEATH
PARALEGAL

## Law Offices
## Jacobs, Sarrat & Lovelace
### An Association for the Practice of Law

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228

March 30, 2010

**<u>CERTIFIED MAIL 7009 2820 0002 8819 9779</u>**
**<u>RETURN RECEIPT REQUESTED</u>**

Sal Monistere
8715 Windy Mist
San Antonio, TX 78354

RE:  *Who Dat Yat Chat, LLC vs. Who Dat?, Inc.*
     CDC No. 10-02795, Div. "C"

Dear Mr. Monistere:

   Pursuant to Louisiana R.S. 13:3201, <u>et seq.</u> (Louisiana Long Arm Statute), service is hereby made upon you of the enclosed Petition for Declaratory Judgment. You are directed to comply and respond, as per the instructions outlined in the enclosed citation.

                                            Very truly yours,

                                            *(signature)*
                                            (Miss) Darleen M. Jacobs

DMJ/mab
Enclosure